SM

RECEIVED

APR 06 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROY D KING JR

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case N
(To b

1:22-cv-01800
Judge John Z. Lee
Judge Gabriel A. Fuentes
PC 7
DIRECT

YUHAS 2114

WILL COUNTY DETENTION CENTER

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: ROY D KING

B. List all aliases: KING-DELANE

C. Prisoner identification number: 21-3479 9105552

D. Place of present confinement: WILL COUNTY ADULT DETENTION CENTER

E. Address: 95 SO. CHICAGO ST JOLIET,IL 60435

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: YUHAS #2114

Title: CORRECTIONAL OFFICER

Place of Employment: WILL COUNTY ADULT DETENTION CENTER

B. Defendant: __________

Title: __________

Place of Employment: __________

C. Defendant: __________

Title: __________

Place of Employment: __________

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ROY D KING JR V LOCKPORT POLICE DEPARTMENT

B. Approximate date of filing lawsuit: 1/25/22

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ROY D KING JR

D. List all defendants: JOLIET POLICE DEPARTMENT LOCKPORT POLICE DEPARTMENT WILL COUNTY SHERIFFS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT NORTHERN ILLINOIS

F. Name of judge to whom case was assigned: EDMOND E CHANG

G. Basic claim made: PERJURY CONSPIRACY DEFAMATION OF CHARACTER

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: PENDING

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: KING JR V. LISA FREITAG

B. Approximate date of filing lawsuit: 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ROY DELANE KING JR LISA FREITAG

D. List all defendants: LISA KINSER GUARDIAN ANGELS DCFS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT NORTHERN DIVISION

F. Name of judge to whom case was assigned: VIRGINIA M. KENDALL

G. Basic claim made: CONSPIRACY AND DEFAMATION OF CHARACTER

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: PENDING

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: KING JR V. PERELL #128 LPD

B. Approximate date of filing lawsuit: 1/31/22

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ROY DELANE KING JR

D. List all defendants: LOCKPORT POLICE DEPARTMENT
JOLIET POLICE DEPARTMENT
WILL COUNTY SHERIFFS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT NORTHERN ILLINOIS

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKELY

G. Basic claim made: PERJURY CONSPIRACY DEFAMATION OF CHARACTER

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: PENDING

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 3/8/22 CORRECTIONAL OFFICER YUHAS WAS TRAINING DEPUTY MORALES. THAT MORNING YUHAS ASKED ME IF I WANTED TO ATTEND THE MEDICAL CLINIC. MY RESPONSE WAS YES. OFFICER YUHAS TOLD ME TO MAKE SURE I HAD ON MY UNIFORM WHICH IS EVERY CLOTHING ITEM ISSUED TO ME FROM WCADF. I LEAVE AND AS I RETURN I AM NOTICING HIS TRAINEE IS DOING A SEARCH IN MY ROOM WHICH IS LOCATED IN I-5. I WAS ASKED TO SIT IN THE GYM AS HE WENT THROUGH MY THINGS IN WHICH I'M "PRO SE" "PRO PER" AND MY DISCOVERY IS LOCATED IN MY ROOM. IT MAKES ME NERVOUS WHEN OFFICERS CHECK MY ROOM WITHOUT ME BEING PRESENT. I BLEW THAT OFF. SO I THEN TELL OFFICER YUHAS I DID NOT HAVE ON MY UNDERWEAR WHICH ARE LOCATED IN THE ROOM. HIS RESPONSE WAS I TOLD YOU TO PUT ON YOUR UNIFORM SO THEY ARE GOING IN THE CLOTHES BIN. I WAS INSTRUCTED I WAS NOT GETTING MY UNDERWEAR BACK GET ANOTHER PAIR FROM LAUNDRY. I DROPPED THE ISSUE. THEN I WAS TOLD IT WAS OK TO GO BACK IN MY ROOM THE SEARCH WAS DONE. AS I AM WALKING IN MY ROOM I NOTICE ITEMS TAKEN THAT I WANTED. PEANUTBUTTER WAS THE ITEM I ASKED ABOUT AS I WAS STANDING IN MY DOOR WAY. HE TOLD ME NO I COULDNT HAVE IT. THAT WAS THE ONLY CONVERSATION ME AND DEPUTY YUHAS HAD AT MY DOOR WITH DEPUTY MORALES PRESENT. AS I AM CLIMBING ON MY BUNK THE I NOTICE BOTH DEPUTIES LEAVING WALKING TOWARDS THE DESK. I AM

I AM ON MY BUNK AND DEPUTY YUHAS SHOWS BACK UP AT MY DOOR BY HIMSELF. NO OTHER DEPUTY PRESENT AND ASK ME TO PULL MY PANTS DOWN SO HE CAN SEE IF I HAD UNDERWEAR ON. I THOUGHT THIS WAS A VERY UNUSUAL REQUEST COMING FROM A CORRECTIONAL OFFICER SO I COMPLIED AND DID AS HE ASKED. I NOTICE HE WAS LOOKING AT MY GENITAL AREA AND IT SEEMED CREEPY. THE OFFICERS ARE ALSO EQUIPPED WITH AUDIO AND VIDEO EQUIPMENT. I TOOK ALL THE PROPER STEPS BY REPORTING THE INCEDENT AND ASKING THAT THE AUDIO AND VIDEO REMAIN PRESERVED. IT WAS REPORTED AS SEXUAL ABUSE AND YUHAS HAS A HISTORY OF INVADING OTHERS PRIVACY AND OVER STEPPING HIS BOUNDARIES.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM LOOKING FOR THE SUM OF $500,000

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10TH day of MARCH , 20 22

Roy King

(Signature of plaintiff or plaintiffs)

ROY DELANE KING JR

(Print name)

21-3479 9105552

(I.D. Number)

95 SO. CHICAGO ST

JOLIET,IL 60435

WCADF

(Address)